Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2040 | **DATE** | 4/15/2008 |
| **CASE TITLE** | U S A   vs   Michael Carlson | | |

**DOCKET ENTRY TEXT:**

Consent judgment is entered in favor of plaintiff, USA, and against defendant Michael Carlson, in the amount of $12,432.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|